

P.O. Box 32159
Newark, NJ  07102

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

TESS BORDEN, ESQ.
Staff Attorney

tborden@aclu-nj.org
973-854-1733

June 9, 2020

**VIA ECF**

The Honorable Renee Marie Bumb
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

   Re: *Wragg, et al. v. Ortiz, et al.*
      Civil Action No. 20-cv-5496-RMB

Dear Judge Bumb,

On behalf of the Petitioners in the above-referenced action, we write to bring to the Court's attention today's decision by the Sixth Circuit Court of Appeals in *Wilson, et al. v. Williams, et al.*, No. 20-3447 (6th Cir. June 9, 2020), a case the parties have addressed in their previous submissions to the Court. A copy of the Sixth Circuit's decision is enclosed for the Court's reference.

Respectfully submitted,

By: */s/ Tess Borden*

| | |
|---|---|
| Faith E. Gay* | Tess Borden (260892018) |
| Caitlin J. Halligan* | Jeanne LoCicero |
| Joshua S. Margolin* | AMERICAN CIVIL LIBERTIES UNION |
| Oscar Shine* | OF NEW JERSEY FOUNDATION |
| Kevin C. Hu* | 570 Broad Street, 11th floor |
| Shomik Ghosh* | P.O. Box 32159 |
| | Newark, NJ 07102 |
| SELENDY & GAY PLLC | 973-854-1733 |
| 1290 Avenue of the Americas | tborden@aclu-nj.org |
| 17th Floor | |
| New York, NY 10104 | Jim Davy* |
| 212-390-9000 | 2362 E. Harold Street |
| | Philadelphia, PA 19125 |
| fgay@selendygay.com | 609-273-5008 |
| challigan@selendygay.com | jimdavy@gmail.com |
| jmargolin@selendygay.com | |
| oshine@selendygay.com | Matthew Stiegler* |
| khu@selendygay.com | Law Office of Matthew Stiegler |
| sghosh@selendygay.com | 7145 Germantown Avenue, Suite 2 |
| | Philadelphia, PA 19119 |
| | 215-242-1450 |
| | Matthew@StieglerLaw.com |

*Counsel for Petitioners*

* *Admitted* pro hac vice